UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Alton Theodore Peacock

Case No: 8:23-bk-01257-RCT
Chapter 7

## REPORT OF SALE

Richard M Dauval, the Trustee duly appointed and acting for the above-captioned estate has sold the following property to Alton Theodore Peacock for $ 13,683.00 receipt of which is hereby acknowledged:

Asset Description

2015 Chevrolet Silverado LTZ Pickup VIN: 3GCUKSEC2FG202398

/s/ Richard M Dauval
Richard M Dauval, Trustee
P.O. Box 7929
St. Petersburg, Fl  33704
(727)327-3328 x303